IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JAMES CLARENCE BROWN, | |
| Plaintiff, | CIVIL ACTION NO.: 5:24-cv-80 |
| v. | |
| GEORGIA DEPARTMENT OF CORRECTIONS, and COFFEE CORRECTIONAL FACILITY, | |
| Defendants. | |

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this 42 U.S.C. § 1983 action. By Order dated October 29, 2024, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits. Doc. 4. The Court granted Plaintiff leave to proceed *in forma pauperis* and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement forms which were attached to the Court's Order. Id. The Court emphasized Plaintiff must return these forms within 30 days from the date of the Order to proceed with this action. Id. at 2.

Plaintiff has submitted his consent form, doc. 8, but not his trust account form. I note Plaintiff's assertion he will not get his trust account form returned to him if he gives it to prison officials, doc. 9 at 1, but the Court cannot continue with this cause of action without this form. The Court **DIRECTS** the Clerk of Court to send Plaintiff a copy of this Order and a copy of the attached form. Plaintiff shall have **14 days** from the date of this Order to return his trust account

form to the Court.  **Should Plaintiff fail to complete and return this form within these 14 days, the Court will dismiss this case without prejudice**.

**SO ORDERED**, this 18th day of November, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA