AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES CLARENCE BROWN,

Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS, and
COFFEE CORRECTIONAL FACILITY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-80

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated December 4, 2024, the Court grants Plaintiff's Motion for Voluntary Dismissal and dismisses without prejudice Plaintiff's Complaint. This case stands closed.

Approved by: _____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

December 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020